S. VANCE v. THE STATE.

1—In every indictment the venue is a material averment, and must be proved as laid.

APPEAL from Travis. Tried below before the. Hon. W. P. Bacon.

The indictment was for the theft of six hogs. Being found guilty, his punishment was assessed by the jury at two years in the penitentiary.

*David Sheeks*, for the appellant.

*E. B. Turner*, Attorney General, for the State.

CALDWELL, J.—For aught that appears in the evidence, the alleged offense may have been committed in Maine or Mexico. The *venue* is a material averment in every indictment, and, being material, must be proved as laid. (4 Texas, 451 ; 14 Texas, 406 ; ——, Austin term, 1868.)

The motion for a new trial ought to have been granted. The judgment is reversed and a new trial awarded.

Reversed and remanded.